UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-00721-MWF(FFMx)**                                Dated: **January 13, 2014**

Title:    Fasmac PTE, Ltd. -v- Stanley-Proto Industrial Tools, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Julieta Lozano                                                None Present
    Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

    In light of the Mediation Report filed December 10, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for February 3, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                                        Initials of Deputy Clerk   jloz
CIVIL - GEN