JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FASMAC PTE Ltd.<br><br>**Plaintiff,**<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC. and W.W. GRAINGER, INC.<br><br>**Defendants**. | Case No.: 13-cv-00721-MWF (FFMx)<br><br>**ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE** |

The Court having reviewed the parties' Joint Stipulation to Dismiss, and finding good cause therefore, IT IS HEREBY ORDERED:

The Complaint in the above titled case is dismissed with prejudice, and the Affirmative Defenses asserted by all Defendants are dismissed without prejudice, each party to bear its own costs.

IT IS SO ORDERED

Dated: February 21, 2014

_____
HON. MICHAEL W. FITZGERALD
United States District Court Judge